UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

TONY HINES,

        Plaintiff,

v.

JAMES DZURENDA, *et al.*,

        Defendants.

Case No. 2:18-cv-02373-JAD-NJK

ORDER

(Docket No. 5)

On December 17, 2018, the Court found that Plaintiff's application to proceed *in forma pauperis* was incomplete and ordered him to file a complete application to proceed *in forma pauperis*, or pay the filing fee, no later than January 16, 2019. Docket No. 4. Plaintiff now asks the Court for an extension of time to file his complete application to proceed *in forma pauperis*. Docket No. 5.

For good cause shown, Plaintiff's motion for extension of time, Docket No. 5, is **GRANTED**. No later than February 15, 2019, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis* on the correct form, with complete financial attachments, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee). Failure to timely comply with this order may result in dismissal of this case.

IT IS SO ORDERED.

DATED: January 9, 2019.

                                                        NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE