# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TONY HINES, | Case No. 2:18-cv-02373-JAD-NJK |
| Plaintiff(s), | **AMENDED ORDER SETTING INMATE EARLY MEDIATION** |
| v. | |
| JAMES DZURENDA, *et al.,* | |
| Defendant(s). | |

The Court previously issued an order establishing the requirements for the inmate early mediation in this case. Docket No. 25. That order continues to govern the inmate early mediation except as **MODIFIED** as follows:

- If Plaintiff is incarcerated at a facility utilizing e-filing, Plaintiff must request the law librarian scan Plaintiff's mediation brief, along with any exhibits, and email it to InmateMediationBrief@nvd.uscourts.gov. If Plaintiff is at a facility not utilizing e-filing, Plaintiff must mail the mediation brief in an envelope clearly marked "Confidential, Contains Mediation Statement" to: Office of the Clerk, Attn: Sharon Hardin, Inmate Mediation Department, 333 Las Vegas Boulevard, South, Las Vegas, Nevada 89101. The mediation brief must be received by the Court **no later than 4:00 p.m. on October 23, 2020.**

- Defense counsel must scan Defendants' mediation brief, along with any exhibits, and email it directly to the mediator **no later than 4:00 p.m. on October 23, 2020**;

/ / /

- At a future date, Ms. Hardin will provide instructions for Defendants to join the mediation by video;
- Defense counsel must make the necessary arrangements for Plaintiff to appear by video conference and must coordinate with Ms. Hardin thereon; and
- Defense counsel must provide the email addresses for each of the participants who will be appearing at the mediation for the defense to Ms. Hardin **no later than 4:00 p.m. on October 23, 2020.** An email containing an invitation to participate in the mediation will be provided to the attending parties in advance of the mediation.

**IT IS SO ORDERED.**

**DATED**: September 25, 2020

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE