UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Tony Hines,<br><br>    Plaintiff<br><br>v.<br><br>Darren Spiece,<br><br>    Defendant | Case No.: 2:18-cv-02373-JAD-NJK<br><br>**Order Denying Motions**<br><br>[ECF Nos. 76, 78] |

Pro se plaintiff Tony Hines moves for reconsideration of this court's order granting summary judgment to defendant Darren Spiece on Hines's civil-rights claims—an order he has already appealed.[1] Federal "district court[s] lack[] jurisdiction to entertain [a Federal Rule of Civil Procedure (FRCP)] 60(b) motion [that] was filed after [a] notice of appeal" because such a notice "strip[s] the district court of its jurisdiction."[2] Under FRCP 62.1, if a court is presented with "a request for relief that it lacks authority to grant because of an appeal that has been docketed and is pending, the court may . . . deny the motion" on that basis,[3] and I do.

Hines also moves for "certification of question(s) of fact(s)" under Federal Rule of Appellate Procedure (FRAP) 44.[4] But district courts are governed by the FRCP, not the FRAP, so FRAP 44 cannot be applied to his case in this court.[5] Although FRAP 44 has a counterpart in FRCP 5.1, both rules concern federal courts' duty to inform the Attorney General of the United

---

[1] ECF No. 76 (motion for reconsideration); ECF No. 69 (summary-judgment order); ECF No. 71 (notice of appeal).

[2] *Katzir's Floor & Home Design, Inc. v. M-MLS.com*, 394 F.3d 1143, 1148 (9th Cir. 2004).

[3] Fed. R. Civ. P. 62.1.

[4] ECF No. 78 (citing Fed. R. App. P. 44).

[5] *Compare* Fed. R. Civ. P. 1 *with* Fed. R. App. P. 1.

States or the attorney general of a state when a case questions the constitutionality of a federal or state statute, respectively—not questions of fact in a case.[6]  So neither FRAP 44 nor FRCP 5.1 provides a vehicle for the result Hines seeks.  Accordingly,

IT IS ORDERED that Hines's motions **[ECF Nos. 76, 78] are DENIED**.

_____
U.S. District Judge Jennifer A. Dorsey
August 9, 2022

---

[6] *Compare* Fed. R. Civ. P. 5.1 *with* Fed. R. App. P. 44.